**Dora Joan CHRISTIAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35469.**

Missouri Court of Appeals,
Western District.

Dec. 18, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and
Denied Jan. 29, 1985.

Application to Transfer Denied
Feb. 26, 1985.

Robert G. Duncan, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Frank Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and BERREY, JJ.

PER CURIAM.

Appeal from denial, without evidentiary hearing, of second Rule 27.26 motion to vacate guilty plea to second degree murder, and sentence of forty years imprisonment.

Affirmed. Rule 84.16(b).